UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 10 2019 ★
LONG ISLAND OFFICE

Donald P. Guichard
_____

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**CV19 3443**

JURY DEMAND
YES ✓   NO ____

-against-

Yaphank Correctional Facility
Errol Toulon
Officer McCarty
John Doe 1
John Doe 2
Medical Unit Staff
Defendant(s).

In their own & Individual capacities

SEYBERT, J.
SHIELDS, M.J.

RECEIVED
JUN 10 2019
EDNY PRO SE OFFICE

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: Donald P. Guichard

If you are incarcerated, provide the name of the facility and address:

Downstate Correctional Facility
Box F
Fishkill, New York 12524-0445

Prisoner ID Number: 19A1455

1

If you are not incarcerated, provide your current address:

_____
_____
_____
_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Errol Tolon
Job Title: Sheriff
Address: 110 Center Dr.
Riverhead, NY 11901

Defendant No. 2

Full Name: Officer McCarty
Job Title: Law Library officer
Address: 110 Center Dr.
Riverhead, NY 11901

Defendant No. 3

Full Name: John Doe 1
Job Title: Correction officer
Address: 110 Center Dr.

Riverhead
Address

Defendant No. 4

John Doe II
Full Name

Correctional officer
Job Title

110 Center Dr.
Riverhead, NY 11901
Address

Defendant No. 5

Medical Unit & Staff
Full Name

Doctors & Nurses
Job Title

110 Center Dr.
Riverhead, NY 11901
Address

II. **Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Door going outside the bubble slipped on unposted wet floor after the count about 9:15pm March 9 2019

When did the events happen? (include approximate time and date) On March 19 2019 around 9:15 pm

Facts: (what happened?) When I exited the bubble after count floor was wet & unposted, I slipped & dislocated my left hip, femur was bulging under skin. I cried out to officer on duty he ignored my plea for help, he saw me but wouldn't help. 3 inmates picked me up & leg poped in. Officer told me to tell housing officer when he returns, not his business. When he returned he didn't want to help he asked if it was my heart I said my chest. He then threaten my can said I would get a $25 ticket & then locked me in my cell without medical help at all a sargent came he stated I really didn't want him to get an ambulance at that hr. of the night. Didn't get medical help for 9 days. Also the reason I didn't get medical help is that night. Officer on duty said I'm not doing all that fucking paperwork for your leg.

II.A.   Injuries.   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

My left femur (or the socket) poped out & was bulging up under my skin when I was picked up by 3 inmates - it poped back in. I was thrown into cell & locked in because the housing officer came to my cell & said are you kidding me I'm not filing out all that paperwork.

4

a Sargent later came by & made the same remark - you don't want us to really get & ambulance for you at this hr.

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

I was told upon doctor visit 9 days later this will only get worse with age. Want my hip fixed & monetary compensation for physical & mental pain. Want all officers mandated not to cover badge with black strip across lady H. I want the broken system they have of getting medical help. They tell you to go to Kiosk.

I declare under penalty of perjury that on 5/31/2019, I delivered this complaint to prison authorities at Downstate Corr. Fac. to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

Signature of Plaintiff: Donald P. Guichard

Name of Prison Facility or Address if not incarcerated: Downstate Correctional Facility

Address:
Box F
Redschoolhouse Rd
Fishkill, NY 12524-0445

Prisoner ID#: 19A1455

rev. 12/1/2015

5

continued from III Relief

States if it's an emergency go to officer on duty. When you do he or she tell you to inform nurse, there-fore not doing his duty the nurse then say go to officer when you tell her this she then direct you back to nurse. I went through this for 6 mth's without seeing anyone. They are retaliating because I filed a lawsuit previous year when I was place in cuffs & beaten, just like other inmates. But luckly Internal Fairs got video & ruled in my favor.

P.S Officer McGarty - Part II
On my last time at law library I asked clerk what did a violent felony override do he wants me, so about 2 minutes later I asked Officer McGarty some question & he freaked out cursed me profusely grabed all my paper, told me to get the fuck out of here and screamed at me go ahead say one fucking word & you will regret it for life go ahead & make my fucking day. What he was going to do cuds pull his pen & have Sert officers beat me again he has anger issues that need addressing.

I'm also seeking action against Errol Toulon because he either condones or just doesn't care about the abuse inmates suffer at the hands of some officers. I've seen at least 5 or more violent attacks on inmates in chains in the booking area. On one occasion when I was being transferred to Riverhead 2 inmates were violently beaten while in chains, they force you to turn your heads or you will suffer the same. So you have to be silent to their screams. And when I returned they beat someone so bad he urinated on the floor & same Sargent that threatened to fabricate false charges to block & inmate's release stated put a diaper on him he pissed on my floor.

The situation at Yaphank correctional Facility is out of hand and I mean out of control. I'm sure you heard about the inmate who's bone was broken and came through his skin he filed a lawsuit also. I could go on and on but I'll wait for my court date.

Sincerely ect,

Don P. Guichard

Officer McCarty has for 12-13 months denied me access to the law library since I wrote him up for refusing to make photo-copies for my case, stating they charge him if he runs out of paper because he's letting inmates use to much paper. I thought we had came to an agreement when I signed off on grievance but he didn't relent. It got to a point that I had 3 enterns smuggle my paper work in & copy for me. We had Chris on three occasions have me sign papers to be notarized without me present, you have to sign in log book to get notarized on date I have is 1/7/19

I Belmost didn't get my appeal done (my extension futemely appeal) because I wasn't aloud in & Chris keep bringing wrong papers. I filed six grievances & three were never answered I grieved that also.

My family has all my grievance reports and they are sending 3 copies of each if I don't receive them by June 2, 2019 I will add them after I get case number. I have to get this out before June 9 deadline.

Thank you
Sincerely, Don F. Fuentes